AMERICAN NATIONAL INSURANCE COMPANY *v.* LEE.

HILL, J. 1. The so-called brief of evidence in this case consists almost entirely of questions and answers, and contains certain objections to testimony and colloquies between counsel and between counsel and the court; and no bona fide effort being made to brief the evidence, it will not be considered. *Bishop* v. *Brown,* 138 *Ga.* 738 (75 S. E. 1119); *Crumbley* v. *Brook,* 135 *Ga.* 723 (2), 726 (70 S. E. 655).

2. None of the errors assigned can be determined without reference to a brief of the evidence; and there being no proper brief of the evidence, the judgment of the court below is

*Affirmed. By five Justices, all concurring.*
SEPTEMBER 12, 1916.

Action upon insurance policy. Before Judge Hammond. Richmond superior court. April 19, 1915.

*J. S. Watkins,* for plaintiff in error. *Paul Chance,* contra.